UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-80445-MATTHEWMAN

LOUIS LOZADA,

    Plaintiff,

vs.

DEALS ON WHEELS OF THE PALM,
BEACHES, INC, and
JEFFREY L. SHUMAN,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

**THIS CAUSE** came before the Court pursuant to the Settlement Agreement reached between the parties at a settlement conference. The Court analyzed the Settlement Agreement and thereafter conducted a telephonic hearing on August 25, 2017 to determine whether the settlement should be approved in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Therefore, it is hereby:

**ORDERED AND ADJUDGED** that the Settlement Agreement is **APPROVED**. This case is **DISMISSED** *with prejudice*. The Court retains jurisdiction to enforce the Settlement Agreement for a period of 26 months. The clerk is directed to **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE AND ORDERED** in Chambers in Palm Beach, Florida, on August 29th, 2017.

                                            WILLIAM MATTHEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
*Counsel of Record by CM/ECF*